

# Delaware County Sheriff's Office
# Receipt For Property

The following items of property have been seized as evidence or to be processed as evidence in a criminal investigation associated with the case number listed below. The items seized may be returned to the known owner after processing, or at a time authorized by the Court where any charges may be filed.

**DATE:** 08/21/2018   **TIME:** 1200   ☒ AM ☐ PM   **LOCATION:** 2706 W Moore Road

**CR#:** 2018-19723   **OFFICER:** William M. Corry   **PE#:** 430

**OWNER:** Austin Vorhees   TX   7654806508

**ADDRESS:** 2706 W Moore Road

### ITEMS SEIZED

1. Smith and Wesson Model 15 serial number TE52844
2. Stevens 12 gauge shotgun model 94 serial number a297433
3. Mossberg model 88 12 gauge shotgun serial number mv 67963x
4. Savage Arms model 93 .17 hmr serial number 2225373
5. Marlin Model 336 30-30 serial number MR45858E
6. Stevens 22 lr with unknown serial number stamped 458 on receiver
7. Marlin .22 caliber model 60 serial number MM62415K
8. Black case with two .22 magazines with 10 rounds in one mag
9. Item 8 continued Smith and Wesson Model 22 serial hhh0891
10. One black pmag stamped .556/29 .223 green tip rounds

**OFFICER SIGNATURE:** William M. Corry   **DATE:** 08/22/2018

**OWNER SIGNATURE:**   **DATE:**

**MAY BE RETURNED AFTER PROCESSING** ☐   **HOLD AS EVIDENCE** ☐

Safe keeping